UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE EDWARD WALKER, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 20-cv-02944-LB   (JCS)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 56 |

On February 2, 2021, the Court issued a Notice of Settlement Conference and Order Setting Settlement Conference (the "Order") which set two settlement conference dates. See ECF 56. The first settlement conference date was set for March 16, 2021 at 10:00 AM, counsel ONLY, by Zoom Meeting. Plaintiff's counsel did not appear. Defense counsel was present.

IT IS HEREBY ORDERED that Plaintiff appear on **April 14, 2021, at 10:00 a.m.,** before Chief Magistrate Judge Joseph C. Spero, to show cause why Plaintiff should not pay the attorneys' fees incurred by Defendants in appearing at today's settlement conference. Plaintiff shall appear by Zoom Meeting at the following address: **https://cand.uscourts.zoomgov.com/j/1616644640?pwd=cElJZ0g3dDJqcWNSb1pnSDNmanV0QT09.** In addition to following the link and instructions on Judge Spero's web page, you can join the meeting using the following: **Zoom Meeting ID: 161 664 4640. Password: 841312**. A link to the Court's video conferencing meeting is also located on the Court's website at **https://www.cand.uscourts.gov/judges/spero-joseph-c-jcs/**

IT IS SO ORDERED.

Dated: March 16, 2021

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge